FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 17 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00007-BNB

RAMON ABURTO,

      Plaintiff,

v.

{NO NAMED DEFENDANT],

      Defendant.

## ORDER OF DISMISSAL

      Plaintiff, Ramon Aburto, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Correctional Facility in Sterling, Colorado. Mr. Aburto, acting *pro se*, initiated this action by filing a Letter in which he challenges the adequacy of his medical treatment. In an order entered on January 7, 2011, Magistrate Judge Boyd N. Boland instructed Mr. Aburto to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Aburto to file his claims on a Court-approved form that is used in filing prisoner complaints. Magistrate Judge Boland also directed Mr. Aburto either to pay the filing fee in full or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 along with a certified copy of his trust fund statement for the six-month period immediately preceding the initiation of this action.

      Magistrate Judge Boland warned Mr. Aburto that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days. Mr. Aburto

has failed to communicate with the Court. As a result, he has failed to cure the deficiencies within the time allowed. Therefore, the action will be dismissed without prejudice for failure to cure the noted deficiencies. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute.

DATED at Denver, Colorado, this __17th__ day of __February__, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00007-BNB

Ramon Aburto
Prisoner No. 111320
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on February 17, 2011.

                             GREGORY C. LANGHAM, CLERK

                             By: _____
                                    Deputy Clerk